# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2654
_____

WESTLAKE REINSURANCE, INC.,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, as
Receiver of Guarantee Insurance
Company,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 18, 2024

PER CURIAM.

Appellant, Westlake Reinsurance, Inc., appeals the trial court's denial of its motion to lift stay and to compel arbitration. We dismiss the appeal as to the trial court's denial of the motion to lift stay for lack of jurisdiction. *See* Fla. R. App. P. 9.130. We affirm the trial court's denial of the motion to compel arbitration without further comment.

DISMISSED in part and AFFIRMED in part.

LEWIS, B.L. THOMAS, and NORDBY, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Connis O. Brown III, Seth P. Robert, and Samantha Espada of Brown Robert, LLP, Fort Lauderdale; Thomas K. Plofchan, Jr., of Westlake Legal Group, pro hac vice, Potomac Falls, VA., for Appellant.

Carlos de Zayas, Forrest L. Andrews, and Debbie G. Maken of Lydecker LLP, Miami; Michael Dobson, General Counsel, Florida Department of Financial Services, Tallahassee, for Appellee.